| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roguske, Carrie** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Roguske, Matthew** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8288** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1458** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7084 Rolling Hills Drive**<br>**Waterford, MI**<br>ZIP Code **48327** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7084 Rolling Hills Drive**<br>**Waterford, MI**<br>ZIP Code **48327** |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business:<br>**Oakland** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roguske, Carrie** <br> **Roguske, Matthew** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Clifford J. Dovitz**      **January 25, 2013** <br> Signature of Attorney for Debtor(s)     (Date) <br> **Clifford J. Dovitz P34196** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

   ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Roguske, Carrie**
**Roguske, Matthew**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carrie Roguske**

Signature of Debtor **Carrie Roguske**

X **/s/ Matthew Roguske**

Signature of Joint Debtor **Matthew Roguske**

Telephone Number (If not represented by attorney)

**January 25, 2013**

Date

### Signature of Attorney*

X **/s/ Clifford J. Dovitz**

Signature of Attorney for Debtor(s)

**Clifford J. Dovitz P34196**

Printed Name of Attorney for Debtor(s)

**Dovitz Law Offices**

Firm Name

**1750 S. Telegraph**
**Suite 106**
**Bloomfield Hills, MI 48302**

Address

**Email: cliff.dovitz@dovitzlaw.com**
**248-758-2141  Fax: 248-758-2146**

Telephone Number

**January 25, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Carrie Roguske,**
       **Matthew Roguske**

Case No. _____

_____ ,
                                Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,398.31 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 19,590.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 736.43 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 85,584.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,313.79 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,310.07 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 16,398.31 | | |
| | | | Total Liabilities | 105,911.59 | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

.

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Carrie Roguske,**
       **Matthew Roguske**

Case No. _____

_____,     Chapter_____**7**_____

                               Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 736.43 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 736.43 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,313.79 |
| Average Expenses (from Schedule J, Line 18) | 3,310.07 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,694.65 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,474.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 736.43 |
| 4. Total from Schedule F | | 85,584.80 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 93,795.23 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re    **Carrie Roguske,**
        **Matthew Roguske**

Case No. _____

                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re   **Carrie Roguske,**                                   Case No. _____

           **Matthew Roguske,**

_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: 000000935363333 Location: Chase Bank** | J | 538.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit: Security Deposit Held By Landlord** | J | 1,875.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Sofa, Loveseat, Chair Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | J | 300.00 |
| | | **Household: Kitchenware Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | J | 250.00 |
| | | **Office: Laptop Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | J | 350.00 |
| | | **3 Bedroom Sets and Dining Room** | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes: Self,Spouse, Children Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | J | 500.00 |
| 7. Furs and jewelry. | | **Jewelry: Wedding Rings, Bracelets Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | J | 1,000.00 |

                                         Sub-Total >       **5,413.01**
                                      (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

In re     **Carrie Roguske,**
            **Matthew Roguske**                                         Case No. _____

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: Baseball equipment** **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | **J** | **200.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance: ABC Appliance Term Life Insurance Group Policy #GVTL-ADQD** **Location: United of Omaha Life Insurance Company** **Matt - $150,000 Death Benefit - NO CASH VALUE** **Carrie - $50,000 Death Benefit - NO CASH VALUE** **Each Child - $10,000 Death Benefit - NO CASH VALUE** | **H** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K through ABC Appliance** **Fidelity Account #18906** | **H** | **118.30** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2012 Federal Income Tax Refund** | **J** | **Unknown** |

                                      Sub-Total >       **318.30**
                                      (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

In re    **Carrie Roguske,**
        **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal injury claim resulting from auto accident dated November 19, 2012** | W | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2008 Chevrolet Malibu LT Location: 7084 Rolling Hills Drive  Waterford, MI 48327**<br><br>**VIN# 1G1ZH57B084305578** | J | **10,567.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >        **10,567.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Carrie Roguske,**
         **Matthew Roguske**                              Case No. _____

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals: Dog,Cat**<br>**Location: 7084 Rolling Hills Drive  Waterford, MI**<br>**48327** | J | 100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **TO THE EXTENT DEBTOR HAS ANY PROPERTY NOT COVERED BY THESE EXEMPTIONS, DEBTOR INTENDS TO EXEMPT THEM UNDER: 11 U.S.C. § 522(d)** | J | Unknown |

|  | |
|---|---|
| Sub-Total > | **100.00** |
| (Total of this page) | |
| Total > | **16,398.31** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

                                           (Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

In re  **Carrie Roguske**                                             Case No. _____

_____ ,
                                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                              *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **11 U.S.C. § 522(d)(5)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: 000000935363333** | **11 U.S.C. § 522(d)(5)** | **538.01** | **538.01** |
| **Location: Chase Bank** | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit: Security Deposit Held By Landlord** | **11 U.S.C. § 522(d)(5)** | **1,875.00** | **1,875.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture: Sofa, Loveseat, Chair** | **11 U.S.C. § 522(d)(3)** | **0.00** | **300.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **Household: Kitchenware** | **11 U.S.C. § 522(d)(3)** | **250.00** | **250.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **Office: Laptop** | **11 U.S.C. § 522(d)(3)** | **350.00** | **350.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **3 Bedroom Sets and Dining Room** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Clothes: Self,Spouse, Children** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports-Hobby: Baseball equipment** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **Interests in Insurance Policies** | | | |
| **Insurance: ABC Appliance Term Life Insurance Group Policy #GVTL-ADQD** | **11 U.S.C. § 522(d)(7)** | **0.00** | **0.00** |
| **Location: United of Omaha Life Insurance Company** | | | |
| **Matt - $150,000 Death Benefit - NO CASH VALUE** | | | |
| **Carrie - $50,000 Death Benefit - NO CASH VALUE** | | | |
| **Each Child - $10,000 Death Benefit - NO CASH VALUE** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

13-41524-swr   Doc 1   Filed 01/28/13   Entered 01/28/13 18:19:55   Page 11 of 77

In re    **Carrie Roguske**             Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K through ABC Appliance** | **11 U.S.C. § 522(d)(12)** | **118.30** | **118.30** |
| **Fidelity Account #18906** | | | |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2012 Federal Income Tax Refund** | **11 U.S.C. § 522(d)(5)** | **0.00** | **Unknown** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **TO THE EXTENT DEBTOR HAS ANY PROPERTY NOT COVERED BY THESE EXEMPTIONS, DEBTOR INTENDS TO EXEMPT THEM UNDER: 11 U.S.C. § 522(d)** | **11 U.S.C. § 522(d)(5)** | **0.00** | **Unknown** |

| | Total: | **4,431.31** | **4,731.31** |
|---|---|---|---|

Sheet ___ 1 ___ of ___ 1 ___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Matthew Roguske**                             Case No. _____

_____ ,
                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☒ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Furs and Jewelry** | | | |
| **Jewelry: Wedding Rings, Bracelets** | **11 U.S.C. § 522(d)(4)** | **1,000.00** | **1,000.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2012 Federal Income Tax Refund** | **11 U.S.C. § 522(d)(5)** | **0.00** | **Unknown** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Personal injury claim resulting from auto accident dated November 19, 2012** | **11 U.S.C. § 522(d)(11)(D)** | **0.00** | **Unknown** |
| **Animals** | | | |
| **Animals: Dog,Cat** | **11 U.S.C. § 522(d)(5)** | **100.00** | **100.00** |
| **Location: 7084 Rolling Hills Drive  Waterford, MI 48327** | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **TO THE EXTENT DEBTOR HAS ANY PROPERTY NOT COVERED BY THESE EXEMPTIONS, DEBTOR INTENDS TO EXEMPT THEM UNDER: 11 U.S.C. § 522(d)** | **11 U.S.C. § 522(d)(5)** | **0.00** | **Unknown** |
| | Total: | **1,100.00** | **1,100.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0001** | | | 01/30/2012 | | | | | |
| | | | **Car Loan** | | | | | |
| **Crescent Bank & Trust** | | | **Auto: 2008 Chevrolet Malibu LT** | | | | | |
| **P.O Box 60048** | | | **Location: 7084 Rolling Hills Drive** | | | | | |
| **New Orleans, LA 70160** | | J | **Waterford, MI 48327** | | | | | |
| | | | **VIN# 1G1ZH57B084305578** | | | | | |
| | | | Value $     **10,567.00** | | | | **18,041.00** | **7,474.00** |
| Account No. **xx8781** | | | **Furniture: Sofa, Loveseat, Chair** | | | | | |
| | | | **Location: 7084 Rolling Hills Drive** | | | | | |
| **Progressive** | | | **Waterford, MI 48327** | | | | | |
| **11629 South 700 East** | | | | | | | | |
| **Suite 250** | | H | | | | | | |
| **Draper, UT 84020** | | | | | | | | |
| | | | Value $     **300.00** | | | | **1,549.36** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal | **19,590.36** | **7,474.00** |
| | (Total of this page) | | |
| | Total | **19,590.36** | **7,474.00** |
| | (Report on Summary of Schedules) | | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Carrie Roguske,**                                       Case No. _____

        **Matthew Roguske**

                                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

      Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1   continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re **Carrie Roguske,**
　　　**Matthew Roguske**

Case No. _____

_____ ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1002** | | | **Income Tax Tax year 2008** | | | | | | |
| **North Carolina Dept. of Revenue PO Box 25000 Raleigh, NC 27640** | | W | | | | | 736.43 | 736.43 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 736.43 | 736.43 | 0.00 |
| | Total (Report on Summary of Schedules) | 736.43 | 736.43 | 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Carrie Roguske,**
       **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxx1278<br><br>**Allergy & Asthma Care PC**<br>**10 W. Square Lake Road, Ste 301**<br>**Bloomfield Hills, MI 48302** | | | W | | **Medical Bill** | | | | **91.91** |
| Account No. xxxx2205<br><br>**Allied Interstate**<br>**PO Box 361474**<br>**Columbus, OH 43236** | | | | J | **Consumer Debt** | | | | **380.62** |
| Account No. xxxxx7405<br><br>**AmeriCredit Financial Services, Inc**<br>**PO Box 1630**<br>**Fort Worth, TX 76101** | | | | J | **Consumer Debt** | | | | **12,560.18** |
| Account No. 10961664<br><br>**Cavalry Portfolio Services, LLC**<br>**PO Box 27288**<br>**Tempe, AZ 85285** | | | | | **Representing:**<br>**AmeriCredit Financial Services, Inc** | | | | **Notice Only** |
| __26__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **13,032.71** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com      S/N:41960-130118   Best Case Bankruptcy

In re **Carrie Roguske,**
 **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2095<br><br>**Anesthesia Services Huron Valley**<br>**PO BOX 64000 DWR641553**<br>**Detroit, MI 48264** | | H | **01/27/2012**<br>**Medical Bill** | | | X | 452.25 |
| Account No. 1105831-16098<br><br>**M2 Revenue**<br>**Dept 77313**<br>**P.O Box 77000**<br>**Detroit, MI 48277** | | | **Representing:**<br>**Anesthesia Services Huron Valley** | | | | Notice Only |
| Account No. xxxxx9473<br><br>**Associated Radiologists of Clarkston**<br>**2102 Momentum Place**<br>**Chicago, IL 60689** | | H | **06/28/2012**<br>**Medical Bill** | | | X | 54.00 |
| Account No. xxxxxxx9701<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | W | **Consumer Debt** | | | X | 743.97 |
| Account No. 09376134<br><br>**Calvary Portfolio Services, LLC**<br>**PO Bax 27288**<br>**Tempe, AZ 85285** | | | **Representing:**<br>**AT&T** | | | | Notice Only |

Sheet no. __1___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,250.22

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Carrie Roguske,**
**Matthew Roguske**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Bill | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | | J | | | | | 406.78 |
| Account No. | | | Representing: AT&T | | | | |
| Palisades Collection LLC 210 Sylvan Ave Englewood Cliffs, NJ 07632 | | | | | | | Notice Only |
| Account No. | | | Representing: AT&T | | | | |
| Shermeta, Adams, & Von Allmen, PC PO Box 5016 Rochester, MI 48308 | | | | | | | Notice Only |
| Account No. | | | Consumer Debt | | | | |
| Banfield Pet Hospital 8000 NE Tillamook PO Box 13998 Portland, OR 97213 | | W | | | | | 241.00 |
| Account No. 4502171001 | | | Representing: Banfield Pet Hospital | | | | |
| IC System Inc PO Box 64378 Saint Paul, MN 55164 | | | | | | | Notice Only |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

647.78

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **Carrie Roguske,**
       **Matthew Roguske**                                Case No. _____

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Banfield Pet Hospital** <br>**8000 NE Tillamook** <br>**PO Box 13998** <br>**Portland, OR 97213** | | W | **Consumer Debt** | | | | 139.00 |
| Account No. **3001** <br><br>**I C System Inc** <br>**PO Box 64378** <br>**Saint Paul, MN 55164** | | | **Representing:** <br>**Banfield Pet Hospital** | | | | Notice Only |
| Account No. **xxxxxxxx0133** <br><br>**Bank of America** <br>**PO Box 25118** <br>**Tampa, FL 33622-5118** | | W | **08/5/2010** <br>**Consumer Debt** | | | | 353.56 |
| Account No. **22024827** <br><br>**Accounts Receivable Management, Inc** <br>**P.O. Box 129** <br>**Thorofare, NJ 08086** | | | **Representing:** <br>**Bank of America** | | | | Notice Only |
| Account No. **xxx7915** <br><br>**Beaumont Hospital** <br>**750 Stephenson Hwy** <br>**PO Box 5042** <br>**Troy, MI 48007-5042** | | W | **Medical Bill** | | | | 193.64 |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal           **686.20**
                               (Total of this page)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
                                         Best Case Bankruptcy

In re **Carrie Roguske,**
　　　**Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3399** | | | Consumer Debt | | | | |
| **Blair Corporation**<br>**220 Hickory St**<br>**Warren, PA 16366** | | W | | | | | 120.00 |
| Account No. **xxxxx1375** | | | 04/10/2010<br>**Medical Bill** | | | X | |
| **Blanchard Valley Health System**<br>**1900 S. Main St.**<br>**Findlay, OH 45840** | | H | | | | | 1,867.85 |
| Account No. **5231** | | | | | | | |
| **United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd, Suite 206**<br>**Toledo, OH 43614** | | | Representing:<br>**Blanchard Valley Health System** | | | | Notice Only |
| Account No. | | | Consumer Debt | | | | |
| **Bookplanet Book Club**<br>**250 W. 34th Street**<br>**5th Floor**<br>**New York, NY 10019** | | H | | | | | 60.00 |
| Account No. **7040** | | | | | | | |
| **RJM ACQ LLC**<br>**575 Underhill Blvd**<br>**Syosset, NY 11791** | | | Representing:<br>**Bookplanet Book Club** | | | | Notice Only |

Sheet no. __4___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,047.85

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com　　　　Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9819**<br><br>**Chair City Family Practice/Medzone**<br>**P.O. Box 30143**<br>**Charlotte, NC 28230** | | W | | 12/19/2009<br>**Medical Bill** | | | X | 117.00 |
| Account No. **xxxxxxxxxx3333**<br><br>**Chase Bank**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | J | | **Consumer Debt** | | | | 109.60 |
| Account No. **x0049**<br><br>**Child Health Associates**<br>**1800 W. Big Beaver**<br>**Suite 200**<br>**Troy, MI 48084** | | H | | 04/27/2012<br>**Medical Bill** | | | X | 217.87 |
| Account No. **15-16772817**<br><br>**CBCS**<br>**PO Box 2890**<br>**Columbus, OH 43216** | | | | **Representing:**<br>**Child Health Associates** | | | | **Notice Only** |
| Account No. **xx0854**<br><br>**Clarkston Urgent Care PLC**<br>**2959 Momentum Place**<br>**Chicago, IL 60689** | | H | | 06/28/2012<br>**Medical Bill** | | | X | 34.30 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **478.77**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx xxxxxxx xx xxte 75** <br><br>**College Heights**<br>**3501 Auburn Road**<br>**Auburn Hills, MI 48326** | | J | | **Consumer Debt** | | | | **1,656.00** |
| Account No. **119251** <br><br>**Client Financial Services**<br>**PO Box 590**<br>**Grand Blanc, MI 48480** | | | | **Representing:**<br>**College Heights** | | | | **Notice Only** |
| Account No. <br><br>**Columbia House DVD**<br>**PO Box 91601**<br>**Rantoul, IL 61866** | | W | | **Consumer Debt** | | | | **123.00** |
| Account No. **14768951** <br><br>**National Recovery Agency**<br>**2491 Paxton Street**<br>**Harrisburg, PA 17111** | | | | **Representing:**<br>**Columbia House DVD** | | | | **Notice Only** |
| Account No. **2536** <br><br>**Trident Asset Management**<br>**5755 Northpoint Pkwy**<br>**Alpharetta, GA 30022** | | | | **Representing:**<br>**Columbia House DVD** | | | | **Notice Only** |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,779.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxxxx-xxxxxx03-00**<br><br>**Comcast Cable**<br>**PO Box 3006**<br>**Southeastern, PA 19398** | | W | **Consumer Debt** | | | | **922.64** |
| Account No. **01690127808/1137261174**<br><br>**Credit Protection Association, L.P.**<br>**13355 Noel Rd.**<br>**Dallas, TX 75240** | | | Representing:<br>Comcast Cable | | | | **Notice Only** |
| Account No. **xx-xxxxxx-xxxxxx02-00**<br><br>**Comcast Cable**<br>**PO Box 3006**<br>**Southeastern, PA 19398** | | H | **Consumer Debt** | | | | **894.33** |
| Account No. **01648302215**<br><br>**Credit Protection Association, L.P**<br>**13355 Noel Rd.**<br>**Dallas, TX 75240** | | | Representing:<br>Comcast Cable | | | | **Notice Only** |
| Account No.<br><br>**Consumers Energy**<br>**Lansing, MI 48937-0001** | | H | **Consumer Debt** | | | | **311.00** |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,127.97**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Carrie Roguske,**  **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7875**  **LJ Ross Associates**  **6360 Jackson Road, Suite G**  **Ann Arbor, MI 48103** | | | Representing:  **Consumers Energy** | | | | **Notice Only** |
| Account No. **xxxV 174**  **Counseling Associates, Inc**  **6960 Orchard Lake Road**  **Suite 100**  **West Bloomfield, MI 48322** | | H | 08/8/2012  **Medical Bill** | | | X | **462.72** |
| Account No. **xx1P 82**  **Counseling Associates,Inc**  **6960 Orchard Lake Road**  **Suite 100**  **West Bloomfield, MI 48322** | | H | 08/7/2012  **Medical Bill** | | | X | **144.52** |
| Account No. **xxxx2841**  **Credit Acceptance Corp**  **P.O Box 551888**  **Detroit, MI 48255** | | W | 09/17/2009  **Consumer Debt** | | | | **1,902.00** |
| Account No. **xxx6527**  **DMC University Laboratories**  **Dept 4674**  **Carol Stream, IL 60122** | | W | 12/21/2011  **Medical Bill** | | | X | **73.83** |

Sheet no. __**8**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,583.07**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **Carrie Roguske,**
      **Matthew Roguske**                            Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9423**<br><br>**DMC University Laboratories**<br>**Dept. 4674**<br>**Carol Stream, IL 60122** | | H | **12/23/2011**<br>**Medical Bill** | | | X | **49.85** |
| Account No. **xxx8324**<br><br>**DMC University Laboratories**<br>**Dept. 4674**<br>**Carol Stream, IL 60122** | | H | **02/20/2012**<br>**Medical Bill** | | | X | **7.59** |
| Account No. **xxxxx0851**<br><br>**DoubleDay Book Club**<br>**250 W. 34th Street**<br>**5th Floor**<br>**New York, NY 10019** | | W | **02/16/2007**<br>**Consumer Debt** | | | | **87.16** |
| Account No. **193856658565**<br><br>**RJM Acquisitions LLC**<br>**575 Underhill Blvd**<br>**Suite 224**<br>**Syosset, NY 11791** | | | **Representing:**<br>**DoubleDay Book Club** | | | | **Notice Only** |
| Account No. **x-xx1525**<br><br>**Dr. L. Reynolds Associates, P.C.**<br>**24500 Northwestern Hwy**<br>**Southfield, MI 48075** | | H | **12/27/2011**<br>**Medical Bill** | | | X | **231.52** |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal
                                        (Total of this page)     **376.12**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx7529** <br><br> **Drs. Delaney, Root & Associates** <br> **2677 Elizabeth Lake Road** <br> **Waterford, MI 48328** | | H | **07/16/2012** <br> **Medical Bill** | | | X | **482.90** |
| Account No. **1240506-927529** <br><br> **Ann Arbor Credit Bureau** <br> **311 N. Main Street** <br> **Ann Arbor, MI 48104** | | | Representing: <br> **Drs. Delaney, Root & Associates** | | | | **Notice Only** |
| Account No. **xxxxxx-xx7530** <br><br> **Drs. Delaney, Root & Associates** <br> **2677 Elizabeth Lake Road** <br> **Waterford, MI 48328** | | W | **Medical Bill** | | | | **482.90** |
| Account No. **1240506-927530** <br><br> **Ann Arbor Credit Bureau** <br> **311 N. Main Street** <br> **Ann Arbor, MI 48104** | | | Representing: <br> **Drs. Delaney, Root & Associates** | | | | **Notice Only** |
| Account No. **xxxxxxx5502** <br><br> **DT Credit** <br> **4020 E. Indian School Rd.** <br> **Phoenix, AZ 85018** | | H | **Consumer Debt** | | | | **9,946.00** |

Sheet no. __10__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,911.80**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Carrie Roguske,**     Case No. _____
      **Matthew Roguske**

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0025** | | | | **Consumer Debt** | | | | |
| **DTE Energy**<br>**1 Energy Plz**<br>**#WCB2106**<br>**Detroit, MI 48226** | | H | | | | | | 248.00 |
| Account No. | | | | **Utility Bill** | | | | |
| **DTE Energy**<br>**P.O. BOX 740786**<br>**Cincinnati, OH 45274-0786** | | J | | | | | | 1,190.72 |
| Account No. | | | | **Consumer Debt** | | | | |
| **Duke Energy**<br>**PO Box 70516**<br>**Charlotte, NC 28272** | | H | | | | | | 297.00 |
| Account No. **7185** | | | | | | | | |
| **Bullcity Financial**<br>**1107 W. Main St.**<br>**Suite 201**<br>**Durham, NC 27701** | | | | Representing:<br>Duke Energy | | | | **Notice Only** |
| Account No. **5255010** | | | | | | | | |
| **Interstate Credit Collections**<br>**711 Coliseum Plaza**<br>**Winston Salem, NC 27106** | | | | Representing:<br>Duke Energy | | | | **Notice Only** |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

**1,735.72**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx1047**<br><br>**Emergency Physician Statement**<br>**PO Box 96115**<br>**Oklahoma City, OK 73143** | | H | | | **12/27/2011**<br>**Medical Bill** | | | X | 143.99 |
| Account No. **xxxxxxx0189**<br><br>**Fingerhut**<br>**PO Box 166**<br>**Newark, NJ 07101-0166** | | W | | | Consumer Debt | | | | 435.14 |
| Account No. **123688281770**<br><br>**RJM Acquistions Funding LLC**<br>**575 Underhill Blvd**<br>**Ste 224**<br>**Syosset, NY 11791-4437** | | | | | Representing:<br>Fingerhut | | | | Notice Only |
| Account No. **xxxxxxxxxxxx8178**<br><br>**First Premier Bank**<br>**601 South Minnesota Ave.**<br>**Sioux Falls, SD 57104** | | W | | | Consumer Debt | | | | 419.25 |
| Account No. **040247736**<br><br>**First National Collections Bureau, Inc.**<br>**PO Box 51660**<br>**Sparks, NV 89435** | | | | | Representing:<br>**First Premier Bank** | | | | Notice Only |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**998.38**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **x2/007** <br><br> **G Daniel Shanahan IV DPM** <br> **9640 Commerce Rd.** <br> **Suite 102** <br> **Commerce Twp., MI 48382** | | H | | | **01/5/2012** <br> **Medical Bill** | | | X | 89.80 |
| Account No. <br><br> **Geico** <br> **One Geico Plaza** <br> **Bethesda, MD 20811** | | | | J | **Consumer Debt** | | | | 273.73 |
| Account No. **xx-x5943** <br><br> **Glendale Neurological** <br> **28595 Orchard Lake Road** <br> **Suite 200** <br> **Farmington Hills, MI 48334** | | W | | | **02/1/2012** <br> **Medical Bill** | | | X | 219.28 |
| Account No. **xxxx7309** <br><br> **Green Tree/Conseco** <br> **345 St. Peter Stre** <br> **Saint Paul, MN 55102** | | | | J | **Consumer Debt** | | | | 27,427.00 |
| Account No. **xxxxxx4858** <br><br> **Hamilton Collection Figurines** <br> **7018 A C Skinner Parkway** <br> **Suite 300** <br> **Jacksonville, FL 32256** | | H | | | **Consumer Debt** | | | | 32.98 |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,042.79

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **Carrie Roguske,**
     **Matthew Roguske**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **12650090646** <br><br> **North Shore Agency** <br> **PO Box 9205** <br> **Old Bethpage, NY 11804** | | H | | Representing: <br> **Hamilton Collection Figurines** | | | | **Notice Only** |
| Account No. **xx1449** <br><br> **Hanco EMS** <br> **417 6th Street** <br> **Findley, OH 45840** | | H | | 04/10/2010 <br> **Medical Bill** | | | X | **1,095.00** |
| Account No. **1800264** <br><br> **Accelerated Revenue Inc** <br> **4016 North Hampton Dr.** <br> **Powell, OH 43065** | | | | Representing: <br> **Hanco EMS** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0362** <br><br> **Household Bank** <br> **PO Box 49352** <br> **San Jose, CA 95161** | | H | | **Consumer Debt** | | | | **790.89** |
| Account No. **4411112** <br><br> **Palisades Collection** <br> **PO Box 1244** <br> **Englewood Cliffs, NJ 07632** | | | | Representing: <br> **Household Bank** | | | | **Notice Only** |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,885.89**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0828** <br><br> **HSBC Taxpayer Financial Services** <br> **PO Box 49352** <br> **San Jose, CA 95161** | | H | 01/13/2011 <br> **Consumer Debt** | | | | **4,772.00** |
| Account No. **27317350** <br><br> **Accounts Receivable Management, Inc** <br> **PO Box 129** <br> **Thorofare, NJ 08086** | | | Representing: <br> **HSBC Taxpayer Financial Services** | | | | **Notice Only** |
| Account No. **xxxxxxx0427** <br><br> **Huron Valley-Sinai Hospital** <br> **Department 5415** <br> **Carol Stream, IL 60122** | | W | 07/23/2012 <br> **Medical Bill** | | | X | **22.37** |
| Account No. **xxxxxxx9384** <br><br> **Huron Valley-Sinai Hospital** <br> **Dept. 5415** <br> **Carol Stream, IL 60122** | | H | 01/27/2012 <br> **Medical Bill** | | | X | **343.05** |
| Account No. **xxxxxxx7952** <br><br> **Huron Valley-Sinai Hospital** <br> **Dept. 5415** <br> **Carol Stream, IL 60122** | | H | 12/27/2011 <br> **Medical Bill** | | | X | **1,382.38** |

Sheet no. \_\_**15**\_\_ of \_\_**26**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,519.80**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Carrie Roguske,**
     **Matthew Roguske**

Case No. _____

_____,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1375**<br><br>**Imaging Consultants of Findley, Inc**<br>P.O. Box 580<br>Lima, OH 45802 | | H | 04/10/2010<br>**Medical Bill** | | | X | 453.00 |
| Account No. **2879**<br><br>**Key Bridge**<br>2348 Baton Rouge<br>Lima, OH 45805 | | | **Representing:**<br>**Imaging Consultants of Findley, Inc** | | | | **Notice Only** |
| Account No.<br><br>**Jackson Hewitt Tax Service**<br>4217 Highland Road<br>Waterford, MI 48328 | | J | **Consumer Debt** | | | | 283.00 |
| Account No.<br><br>**Jill Schram Solomon, Ph.D.**<br>5640 W. Maple Rd.<br>Suite 205<br>West Bloomfield, MI 48322 | | W | 12/30/2011<br>**Medical Bill** | | | X | 195.00 |
| Account No. **xxxx2027**<br><br>**LabCorp**<br>P.O. Box 2240<br>Burlington, NC 27216 | | H | 02/1/2012<br>**Medical Bill** | | | X | 82.91 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,013.91**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Carrie Roguske,**
      **Matthew Roguske**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LCA Collections** | | | **Representing:** <br>**LabCorp** | | | | **Notice Only** |
| Account No. **xxxx3054** <br><br>**Legal Collect** <br>**UNKNOWN** | | W | **Consumer Debt** | | | | **210.00** |
| Account No. **x2929** <br><br>**McCourts Music Instruments Inc** <br>**3040 Sashabaw** <br>**Waterford, MI 48329** | | H | **09/20/2012** <br>**Consumer Debt** | | | X | **398.56** |
| Account No. **42929** <br><br>**National Collections Bureau** <br>**PO Box 46631** <br>**Mt Clemens, MI 48046** | | | **Representing:** <br>**McCourts Music Instruments Inc** | | | | **Notice Only** |
| Account No. **xx7082** <br><br>**Medical Care Corporation** <br>**P.O. Box 673239** <br>**Detroit, MI 48267** | | W | **12/19/2011** <br>**Medical Bill** | | | X | **31.38** |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**639.94**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxxx1047 <br><br> **Medical Center Emergency Services** <br> **DEPT 5415** <br> **Carol Stream, IL 60122** | | H | 12/27/2011 <br> **Medical Bill** | | | X | 148.99 |
| Account No. 59710960 <br><br> **NCO FINANCIAL SYSTEMS, INC** <br> **30600 Telegraph Rd.** <br> **Suite 4235** <br> **Bingham Farms, MI 48025** | | | Representing: <br> **Medical Center Emergency Services** | | | | Notice Only |
| Account No. 8874 <br><br> **Medventures, LLC dba Regional Physicians** <br> **1720 Westchester Drive** <br> **High Point, NC 27262** | | W | 06/16/2009 <br> **Medical Bill** | | | X | 100.00 |
| Account No. <br><br> **Metro North Credit Union** <br> **4594 Pontiac Lake Rd** <br> **Waterford, MI 48328** | | H | Consumer Debt | | | | 86.00 |
| Account No. 7247 <br><br> **J.J Marshall & Assoc.** <br> **6060 Collection Dr.** <br> **Shelby Twp., MI 48316** | | | Representing: <br> **Metro North Credit Union** | | | | Notice Only |

Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **334.99**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Carrie Roguske,**                                       Case No. _____

        **Matthew Roguske**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**North Carolina Baptist Hospital**<br>**Medical Center Blvd**<br>**Winston-Salem, NC 27157** | | W | **07/1/2008**<br>**Medical Bill** | | | X | 424.00 |
| Account No. **J40776** <br><br>**Stern & Asspciates**<br>**415 N. Edgeworth St.**<br>**Suite 2**<br>**Greensboro, NC 27401** | | | **Representing:**<br>**North Carolina Baptist Hospital** | | | | Notice Only |
| Account No. **xxxx1375** <br><br>**Ohio Emergency Physicians**<br>**P.O. Box 281455**<br>**Atlanta, GA 30384** | | H | **04/10/2010**<br>**Medical Bill** | | | X | 804.00 |
| Account No. **xxxxxxxxxxxxxx8940** <br><br>**PayPal**<br>**2211 North First St.**<br>**San Jose, CA 95131** | | H | **Consumer Debt** | | | | 318.36 |
| Account No. **WLV417** <br><br>**Pinnacle Financial Group**<br>**7825 Washington Ave S**<br>**Suite 310**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**PayPal** | | | | Notice Only |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,546.36**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re **Carrie Roguske,**
　　　**Matthew Roguske**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2896**<br><br>Republic Bank<br>PO Box 2348<br>Louisville, KY 40201 | | H | Consumer Debt | | | | 1,073.22 |
| Account No. **xxxxxxxxxxxx1000**<br><br>Santander Consumer USA<br>8585 N Stemmons Fwy<br>Ste 1100<br>Dallas, TX 75247 | | W | Consumer Debt | | | | 1,947.00 |
| Account No. **xxxxx7738**<br><br>Science Fiction Book Club<br>250 W. 34th Street<br>5th Floor<br>New York, NY 10019 | | H | 02/23/2007<br>Consumer Debt | | | | 79.25 |
| Account No. **479728601403**<br><br>RJM Acquisitions LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | | | Representing:<br>Science Fiction Book Club | | | | Notice Only |
| Account No. **657O**<br><br>Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566 | | W | Consumer Debt | | | | 358.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,457.47**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Carrie Roguske,**  
    **Matthew Roguske**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx6332**<br><br>**Seventh Avenue**<br>**1112 7th Ave.**<br>**Monroe, WI 53566** | | H | | **Consumer Debt** | | | | **180.00** |
| Account No.<br><br>**Merchants Cr**<br>**223 West Jackson St., Ste 900**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Seventh Avenue** | | | | **Notice Only** |
| Account No. **xxxxx6365**<br><br>**Sprint**<br>**PO Box 660075**<br>**Dallas, TX 75266** | | H | | **08/21/2012**<br>**Consumer Debt** | | | X | **457.36** |
| Account No. **040448638-01**<br><br>**AFNI Inc**<br>**PO Box 3517**<br>**Bloomington, IL 61702** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No. **10725046**<br><br>**Harvard Collections**<br>**4839 N. Elston**<br>**Chicago, IL 60630** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |

Sheet no. __21__ of __26__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**637.36**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re  **Carrie Roguske,**                                 Case No. _____

       **Matthew Roguske**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9507** <br><br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197-4191** | | J | **Consumer Debt** | | | | 480.04 |
| Account No. **2995** <br><br> **Recivables Performance** <br> **20816 44th Avenue W** <br> **Lynnwood, WA 98036** | | | Representing: <br> **Sprint** | | | | Notice Only |
| Account No. **xxxxxxxxx1165** <br><br> **St. Joseph Mercy Oakland** <br> **PO Box 16749** <br> **Rocky River, OH 44116** | | W | **06/14/2011** <br> **Medical Bill** | | | X | 386.25 |
| Account No. **27404897** <br><br> **JR Recovery Services, Inc** <br> **PO Box 1022** <br> **Wixom, MI 48393** | | | Representing: <br> **St. Joseph Mercy Oakland** | | | | Notice Only |
| Account No. **xxx2695** <br><br> **Stamps.com** <br> **PO Box 202928** <br> **Dallas, TX 75320** | | H | **11/9/2011** <br> **Consumer Debt** | | | | 47.97 |

Sheet no. \_\_**22**\_\_ of \_\_**26**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                
(Total of this page)          **914.26**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re   **Carrie Roguske,**
       **Matthew Roguske**

Case No. _____

_____,
              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**T Mobile**<br>**PO Box 37380**<br>**Albuquerque, NM 87176** | | W | **Consumer Debt** | | | | 422.00 |
| Account No. **2023363935**<br><br>**AFNI**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | Representing:<br>**T Mobile** | | | | Notice Only |
| Account No. **3533468**<br><br>**Amsher Collection**<br>**1816 3 Ave North**<br>**Birmingham, AL 35203** | | | Representing:<br>**T Mobile** | | | | Notice Only |
| Account No. **xxxxxx1625**<br><br>**TCF National Bank**<br>**801 Marquette Ave.**<br>**Minneapolis, MN 55402** | | H | **Consumer Debt** | | | | 451.82 |
| Account No. **20147770**<br><br>**Client Financial Services**<br>**PO Box 590**<br>**Grand Blanc, MI 48480** | | | Representing:<br>**TCF National Bank** | | | | Notice Only |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

873.82

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re  **Carrie Roguske,**
     **Matthew Roguske**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6610 <br><br> **The Danbury Mint** <br> **47 Richards Ave** <br> **Norwalk, CT 06857** | | W | **07/20/2010** <br> **Consumer Debt** | | | | 77.80 |
| Account No. 02-10-415-0238 <br><br> **Universal Fidelity LP** <br> **P.O. Box 941911** <br> **Houston, TX 77094** | | | **Representing:** <br> **The Danbury Mint** | | | | Notice Only |
| Account No. <br><br> **Thomasville Pediatrics** <br> **200 Arthur Dr.** <br> **Thomasville, NC 27360** | | W | **06/1/2008** <br> **Medical Bill** | | | X | 135.00 |
| Account No. 4891722 <br><br> **Interstate Credit Collections** <br> **711 Coliseum Plaza Ct** <br> **Winston Salem, NC 27106** | | | **Representing:** <br> **Thomasville Pediatrics** | | | | Notice Only |
| Account No. xxxxx5505 <br><br> **Time Warner Western Carolina** <br> **4200  Paramount Parkway** <br> **Morrisville, NC 27560** | | W | **Consumer Debt** | | | | 176.75 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

389.55

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Carrie Roguske,**
     **Matthew Roguske**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **VUX862**<br><br>**NCO Financial Systems**<br>**PO Box 17205**<br>**Wilmington, DE 19850** | | | Representing:<br>**Time Warner Western Carolina** | | | | **Notice Only** |
| Account No. **xx8458**<br><br>**VHS Physicians of Michigan**<br>**Department 4675**<br>**Carol Stream, IL 60122-4675** | | H | **Medical Bill** | | | | **102.00** |
| Account No. **xx8458**<br><br>**VHS Physisicians of Michigan**<br>**Department 4675**<br>**Carol Stream, IL 60122** | | H | 01/27/2012<br>**Medical Bill** | | | X | **196.88** |
| Account No. **xxxxxxxxxxxxx4501**<br><br>**Wachovia Bank**<br>**3563 Phillips Highway**<br>**Suite 400-Bld D**<br>**Jacksonville, FL 32207** | | W | 12/5/2006<br>**Consumer Debt** | | | | **233.19** |
| Account No. **517789196101**<br><br>**RJM Acquisitions LLC**<br>**575 Underhill Blvd**<br>**Suite 224**<br>**Syosset, NY 11791** | | | Representing:<br>**Wachovia Bank** | | | | **Notice Only** |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**532.07**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Carrie Roguske,**                   Case No. _____
      **Matthew Roguske**

                                             ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Bay Acquisitions**<br>**PO Box 8009**<br>**Cranston, RI 02920** | | H | **Consumer Debt** | | | | **83.00** |
| Account No. **16161583**<br><br>**National Recovery Agent**<br>**2491 Paxton St.**<br>**Harrisburg, PA 17111** | | | Representing:<br>**West Bay Acquisitions** | | | | **Notice Only** |
| Account No. **xxx2374**<br><br>**Wright & Filippis**<br>**1311 Reliable Parkway**<br>**Chicago, IL 60686-0013** | | H | **Medical Bill** | | | | **58.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **141.00** |
| | Total<br>(Report on Summary of Schedules) | **85,584.80** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

In re **Carrie Roguske,**
    **Matthew Roguske**

Case No. _____

_____,
              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Brad Tacia**<br>**3840 McKeachie**<br>**White Lake, MI 48383** | **Lease on signed 06/14/2012 expires 06/26/2013** |

**0**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Carrie Roguske,**
          **Matthew Roguske**                                               ,

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re __Carrie Roguske__
__Matthew Roguske__                                          Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>daughter<br>son | AGE(S):<br>13<br>14 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Graphic Design/Web** |
| Name of Employer | | **ABC Appliance** |
| How long employed | | **1 Years, 3 Months** |
| Address of Employer | | **1 W. Silverdome Industrial Park**<br>**Pontiac, MI 48342** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 2,686.67 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 329.72 |
| 3. SUBTOTAL | $ | 0.00 | $ | 3,016.39 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 309.79 |
|    b. Insurance | $ | 0.00 | $ | 313.65 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify):   **Flex** | $ | 0.00 | $ | 166.66 |
|      **401K** | $ | 0.00 | $ | 162.50 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 952.60 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 2,063.79 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify):   **Rent paid by family member** | $ | 1,250.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,250.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,250.00 | $ | 2,063.79 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,313.79 | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Carrie Roguske**
    **Matthew Roguske**                       Case No. _____

                                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,250.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 159.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | | $ | 455.36 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 475.00 |
| 5. Clothing | | $ | 25.00 |
| 6. Laundry and dry cleaning | | $ | 20.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 211.68 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 364.03 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $   **3,310.07**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 3,313.79 |
| b. | Average monthly expenses from Line 18 above | $ | 3,310.07 |
| c. | Monthly net income (a. minus b.) | $ | 3.72 |

In re **Carrie Roguske**
**Matthew Roguske**
_____
Debtor(s)

Case No. _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| AT&T (Cable,Phone,Internet) | $ | 179.44 |
| Consumer Energy | $ | 35.90 |
| Sprint Mobile | $ | 240.02 |
| **Total Other Utility Expenditures** | $ | 455.36 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Carrie Roguske**
**Matthew Roguske**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**45**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **January 25, 2013** _____

Signature:   **/s/ Carrie Roguske** _____
Debtor

Date    **January 25, 2013** _____

Signature:   **/s/ Matthew Roguske** _____
(Joint Debtor, if any)

_[If joint case, both spouses must sign.]_

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document._

_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets _[total shown on summary page plus 1]_, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor]

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Carrie Roguske**
      **Matthew Roguske**                              Case No. _____
                                    Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $1,739.88 | **2013 Husband ABC Appliance** |
| $33,770.07 | **2012 Husband ABC Appliance** |
| $11,129.00 | **2011 Husband ABC Appliance** |
| $9,272.84 | **2012 Wife Beaumont Health System** |
| $3,136.64 | **2012 Wife Edgewood Pediatrics** |
| $8,868.27 | **2011 Wife Edgewood Pediatrics** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
□

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Crescent Bank & Trust**<br>**P.O Box 60048**<br>**New Orleans, LA 70160** | **October, November 2012** | **$754.91** | **$11,766.22** |
| **DTE Energy**<br>**P.O. BOX 740786**<br>**Cincinnati, OH 45274-0786** | **November 2012, January 2013** | **$459.00** | **$1,190.72** |
| **AT&T**<br>**P.O. Box 9001309**<br>**Louisville, KY 40290-1309** | **November, December 2012, January 2013** | **$995.19** | **$529.67** |
| **State Farm Insurance**<br>**620 W. Commerce Road, Ste A**<br>**Commerce Township, MI 48382** | **November, December 2012** | **$307.65** | **$0.00** |
| **Progressive**<br>**11629 South 700 East**<br>**Suite 250**<br>**Draper, UT 84020** | **November, December 2012, January 2013** | **$480.00** | **$1,200.00** |
| **Planet Fitness**<br>**3635 Highland Road**<br>**Waterford, MI 48328** | **November, December 2012, January 2013** | **$120.00** | **$0.00** |
| **Consumers Energy**<br>**Lansing, MI 48937-0001** | **November, December 2012, January 2013** | **$399.00** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| None ■ | c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

| None ☐ | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Palisades Colletion, LLC v. Carrie Roguske** | **Civil** | **52-3 District Court** | **Judgment** |
| | | **700 Barclay Circle** | |
| **05-C07034-GC** | | **Rochester Hills, MI 48307** | |

| None ■ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 5.  Repossessions, foreclosures and returns

| None ☐ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Credit Acceptance Corp** | **October 2, 2012** | **2001 Pontiac Grand Prix** |
| **25505 West 12 Mile Road** | | |
| **Suite 3000** | | **$3,037.00** |
| **Southfield, MI 48034** | | |

#### 6.  Assignments and receiverships

| None ■ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GreenPath Debt Solutions 38505 Country Club Drive Suite 250 Farmington Hills, MI 48331** | **October 6, 2012** | **$50.00** |
| **Dovitz Law Offices 1750 S. Telegraph, Ste 106 Bloomfield Hills, MI 48302** | **January 2013** | **$86.00** |

### 10. Other transfers

**None**
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None**
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **2810 Otsego Road** **Waterford MI 48328-0000** | | **08/01/2009, 06/30/2012** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

**Jackson Hewitt Tax Service**
**4217 Highland Road**
**Waterford, MI 48328**

DATES SERVICES RENDERED

**2010, 2011**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                            (Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                     NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                      RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST                              PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                              TITLE                              NATURE AND PERCENTAGE
                                                                                OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January 25, 2013**          Signature  **/s/ Carrie Roguske**
                                              **Carrie Roguske**
                                              Debtor

Date **January 25, 2013**          Signature  **/s/ Matthew Roguske**
                                              **Matthew Roguske**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
 Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address
X _____                    _____
 Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Carrie Roguske**
       **Matthew Roguske**                             Case No.

                                   Debtor(s)            Chapter    **7**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ **X** ]    **FLAT FEE**

       A.      For legal services rendered in contemplation of and in connection with this case,
             exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **900.00**

       B.      Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **0.00**

       C.      The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **900.00**

     [ ]    **RETAINER**

       A.      Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

       B.      The undersigned shall bill against the retainer at an hourly rate of $_____. [Or attach firm hourly rate schedule.] Debtor(s)
            have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ __**86.00**__ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any
that do not apply.]

       A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
            bankruptcy;
       B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       ~~D.~~     ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
       E.     Reaffirmations;
       F.     Redemptions;
       G.     Other:
            **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
            reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
            522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
            **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay
            actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
       A.     _____       Debtor(s)' earnings, wages, compensation for services performed
       B.      __**XX**__       Other (describe, including the identity of payor)     **Hyatt Legal Plans**

7.    The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **January 25, 2013**                                          **/s/ Clifford J. Dovitz**

                                                                       Attorney for the Debtor(s)
                                                                       **Clifford J. Dovitz P34196**
                                                                       **Dovitz Law Offices**
                                                                       **1750 S. Telegraph**
                                                                       **Suite 106**
                                                                       **Bloomfield Hills, MI 48302**
                                                                       **248-758-2141 cliff.dovitz@dovitzlaw.com**

Agreed:    **/s/ Carrie Roguske**                                       **/s/ Matthew Roguske**
           **Carrie Roguske**                                          **Matthew Roguske**
           Debtor                                                      Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Carrie Roguske**
**Matthew Roguske**

_____
Debtor(s)

Case No. _____

Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy
petition preparer is not an individual, state
the Social Security number of the officer,
principal, responsible person, or partner of
the bankruptcy petition preparer.) (Required
by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Carrie Roguske**
**Matthew Roguske**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X **/s/ Carrie Roguske**        **January 25, 2013**
_____
Signature of Debtor        Date

X **/s/ Matthew Roguske**        **January 25, 2013**
_____
Signature of Joint Debtor (if any)        Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

**United States Bankruptcy Court**

**Eastern District of Michigan**

In re     **Carrie Roguske**     **Matthew Roguske**        Case No. _____

                     Debtor(s)     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **January 25, 2013**           **/s/ Carrie Roguske**
                                 **Carrie Roguske**
                                 Signature of Debtor

Date:    **January 25, 2013**           **/s/ Matthew Roguske**
                                 **Matthew Roguske**
                                 Signature of Debtor

Accelerated Revenue Inc
4016 North Hampton Dr.
Powell, OH 43065

Accounts Receivable Management, Inc
P.O. Box 129
Thorofare, NJ 08086

Accounts Receivable Management, Inc
PO Box 129
Thorofare, NJ 08086

AFNI
PO Box 3427
Bloomington, IL 61702

AFNI Inc
PO Box 3517
Bloomington, IL 61702

Allergy & Asthma Care PC
10 W. Square Lake Road, Ste 301
Bloomfield Hills, MI 48302

Allied Interstate
PO Box 361474
Columbus, OH 43236

AmeriCredit Financial Services, Inc
PO Box 1630
Fort Worth, TX 76101

Amsher Collection
1816 3 Ave North
Birmingham, AL 35203

Anesthesia Services Huron Valley
PO BOX 64000 DWR641553
Detroit, MI 48264

Ann Arbor Credit Bureau
311 N. Main Street
Ann Arbor, MI 48104

Ann Arbor Credit Bureau
311 N. Main Street
Ann Arbor, MI 48104


Associated Radiologists of Clarkston
2102 Momentum Place
Chicago, IL 60689


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T
PO Box 8100
Aurora, IL 60507-8100


Banfield Pet Hospital
8000 NE Tillamook
PO Box 13998
Portland, OR 97213


Banfield Pet Hospital
8000 NE Tillamook
PO Box 13998
Portland, OR 97213


Bank of America
PO Box 25118
Tampa, FL 33622-5118


Beaumont Hospital
750 Stephenson Hwy
PO Box 5042
Troy, MI 48007-5042


Blair Corporation
220 Hickory St
Warren, PA 16366


Blanchard Valley Health System
1900 S. Main St.
Findley, OH 45840

Bookplanet Book Club
250 W. 34th Street
5th Floor
New York, NY 10019


Brad Tacia
3840 McKeachie
White Lake, MI 48383


Bullcity Financial
1107 W. Main St.
Suite 201
Durham, NC 27701


Calvary Portfolio Services, LLC
PO Bax 27288
Tempe, AZ 85285


Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85285


CBCS
PO Box 2890
Columbus, OH 43216


Chair City Family Practice/Medzone
P.O. Box 30143
Charlotte, NC 28230


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298


Child Health Associates
1800 W. Big Beaver
Suite 200
Troy, MI 48084


Clarkston Urgent Care PLC
2959 Momentum Place
Chicago, IL 60689

Client Financial Services
PO Box 590
Grand Blanc, MI 48480


Client Financial Services
PO Box 590
Grand Blanc, MI 48480


College Heights
3501 Auburn Road
Auburn Hills, MI 48326


Columbia House DVD
PO Box 91601
Rantoul, IL 61866


Comcast Cable
PO Box 3006
Southeastern, PA 19398


Comcast Cable
PO Box 3006
Southeastern, PA 19398


Consumers Energy
Lansing, MI 48937-0001


Counseling Associates, Inc
6960 Orchard Lake Road
Suite 100
West Bloomfield, MI 48322


Counseling Associates,Inc
6960 Orchard Lake Road
Suite 100
West Bloomfield, MI 48322


Credit Acceptance Corp
P.O Box 551888
Detroit, MI 48255


Credit Protection Association, L.P
13355 Noel Rd.
Dallas, TX 75240

Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240


Crescent Bank & Trust
P.O Box 60048
New Orleans, LA 70160


DMC University Laboratories
Dept 4674
Carol Stream, IL 60122


DMC University Laboratories
Dept. 4674
Carol Stream, IL 60122


DMC University Laboratories
Dept. 4674
Carol Stream, IL 60122


DoubleDay Book Club
250 W. 34th Street
5th Floor
New York, NY 10019


Dr. L. Reynolds Associates, P.C.
24500 Northwestern Hwy
Southfield, MI 48075


Drs. Delaney, Root & Associates
2677 Elizabeth Lake Road
Waterford, MI 48328


Drs. Delaney, Root & Associates
2677 Elizabeth Lake Road
Waterford, MI 48328


DT Credit
4020 E. Indian School Rd.
Phoenix, AZ 85018


DTE Energy
1 Energy Plz
#WCB2106
Detroit, MI 48226

DTE Energy
P.O. BOX 740786
Cincinnati, OH 45274-0786


Duke Energy
PO Box 70516
Charlotte, NC 28272


Emergency Physician Statement
PO Box 96115
Oklahoma City, OK 73143


Fingerhut
PO Box 166
Newark, NJ 07101-0166


First National Collections Bureau, Inc.
PO Box 51660
Sparks, NV 89435


First Premier Bank
601 South Minnesota Ave.
Sioux Falls, SD 57104


G Daniel Shanahan IV DPM
9640 Commerce Rd.
Suite 102
Commerce Twp., MI 48382


Geico
One Geico Plaza
Bethesda, MD 20811


Glendale Neurological
28595 Orchard Lake Road
Suite 200
Farmington Hills, MI 48334


Green Tree/Conseco
345 St. Peter Stre
Saint Paul, MN 55102

Hamilton Collection Figurines
7018 A C Skinner Parkway
Suite 300
Jacksonville, FL 32256


Hanco EMS
417 6th Street
Findley, OH 45840


Harvard Collections
4839 N. Elston
Chicago, IL 60630


Household Bank
PO Box 49352
San Jose, CA 95161


HSBC Taxpayer Financial Services
PO Box 49352
San Jose, CA 95161


Huron Valley-Sinai Hospital
Department 5415
Carol Stream, IL 60122


Huron Valley-Sinai Hospital
Dept. 5415
Carol Stream, IL 60122


Huron Valley-Sinai Hospital
Dept. 5415
Carol Stream, IL 60122


I C System Inc
PO Box 64378
Saint Paul, MN 55164


IC System Inc
PO Box 64378
Saint Paul, MN 55164


Imaging Consultants of Findley, Inc
P.O. Box 580
Lima, OH 45802

```
Interstate Credit Collections
711 Coliseum Plaza
Winston Salem, NC 27106


Interstate Credit Collections
711 Coliseum Plaza Ct
Winston Salem, NC 27106


J.J Marshall & Assoc.
6060 Collection Dr.
Shelby Twp., MI 48316


Jackson Hewitt Tax Service
4217 Highland Road
Waterford, MI 48328


Jill Schram Solomon, Ph.D.
5640 W. Maple Rd.
Suite 205
West Bloomfield, MI 48322


JR Recovery Services, Inc
PO Box 1022
Wixom, MI 48393


Key Bridge
2348 Baton Rouge
Lima, OH 45805


LabCorp
P.O. Box 2240
Burlington, NC 27216


LCA Collections


Legal Collect
UNKNOWN


LJ Ross Associates
6360 Jackson Road, Suite G
Ann Arbor, MI 48103
```

M2 Revenue
Dept 77313
P.O Box 77000
Detroit, MI 48277


McCourts Music Instruments Inc
3040 Sashabaw
Waterford, MI 48329


Medical Care Corporation
P.O. Box 673239
Detroit, MI 48267


Medical Center Emergency Services
DEPT 5415
Carol Stream, IL 60122


Medventures, LLC dba Regional Physicians
1720 Westchester Drive
High Point, NC 27262


Merchants Cr
223 West Jackson St., Ste 900
Chicago, IL 60606


Metro North Credit Union
4594 Pontiac Lake Rd
Waterford, MI 48328


National Collections Bureau
PO Box 46631
Mt Clemens, MI 48046


National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111


National Recovery Agent
2491 Paxton St.
Harrisburg, PA 17111


NCO Financial Systems
PO Box 17205
Wilmington, DE 19850

NCO FINANCIAL SYSTEMS, INC
30600 Telegraph Rd.
Suite 4235
Bingham Farms, MI 48025


North Carolina Baptist Hospital
Medical Center Blvd
Winston-Salem, NC 27157


North Carolina Dept. of Revenue
PO Box 25000
Raleigh, NC 27640


North Shore Agency
PO Box 9205
Old Bethpage, NY 11804


Ohio Emergency Physicians
P.O. Box 281455
Atlanta, GA 30384


Palisades Collection
PO Box 1244
Englewood Cliffs, NJ 07632


Palisades Collection LLC
210 Sylvan Ave
Englewood Cliffs, NJ 07632


PayPal
2211 North First St.
San Jose, CA 95131


Pinnacle Financial Group
7825 Washington Ave S
Suite 310
Minneapolis, MN 55439


Progressive
11629 South 700 East
Suite 250
Draper, UT 84020

Recivables Performance
20816 44th Avenue W
Lynnwood, WA 98036


Republic Bank
PO Box 2348
Louisville, KY 40201


RJM ACQ LLC
575 Underhill Blvd
Syosset, NY 11791


RJM Acquisitions LLC
575 Underhill Blvd
Suite 224
Syosset, NY 11791


RJM Acquisitions LLC
575 Underhill Blvd
Suite 224
Syosset, NY 11791


RJM Acquisitions LLC
575 Underhill Blvd
Suite 224
Syosset, NY 11791


RJM Acquistions Funding LLC
575 Underhill Blvd
Ste 224
Syosset, NY 11791-4437


Santander Consumer USA
8585 N Stemmons Fwy
Ste 1100
Dallas, TX 75247


Science Fiction Book Club
250 W. 34th Street
5th Floor
New York, NY 10019


Seventh Avenue
1112 7th Ave
Monroe, WI 53566

Seventh Avenue
1112 7th Ave.
Monroe, WI 53566


Shermeta, Adams, & Von Allmen, PC
PO Box 5016
Rochester, MI 48308


Sprint
PO Box 660075
Dallas, TX 75266


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


St. Joseph Mercy Oakland
PO Box 16749
Rocky River, OH 44116


Stamps.com
PO Box 202928
Dallas, TX 75320


Stern & Asspciates
415 N. Edgeworth St.
Suite 2
Greensboro, NC 27401


T Mobile
PO Box 37380
Albuquerque, NM 87176


TCF National Bank
801 Marquette Ave.
Minneapolis, MN 55402


The Danbury Mint
47 Richards Ave
Norwalk, CT 06857


Thomasville Pediatrics
200 Arthur Dr.
Thomasville, NC 27360

Time Warner Western Carolina
4200 Paramount Parkway
Morrisville, NC 27560


Trident Asset Management
5755 Northpoint Pkwy
Alpharetta, GA 30022


United Collection Bureau, Inc.
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614


Universal Fidelity LP
P.O. Box 941911
Houston, TX 77094


VHS Physicians of Michigan
Department 4675
Carol Stream, IL 60122-4675


VHS Physisicians of Michigan
Department 4675
Carol Stream, IL 60122


Wachovia Bank
3563 Phillips Highway
Suite 400-Bld D
Jacksonville, FL 32207


West Bay Acquisitions
PO Box 8009
Cranston, RI 02920


Wright & Filippis
1311 Reliable Parkway
Chicago, IL 60686-0013